UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALBERTO MOJICA,                             CASE NO.: 1:19-cv-25008-JEM

    Plaintiffs,

v.

VICTORY CONTRACTORS, INC.,
and MANUEL ALAMEDA,

Defendants.
_____/

## AMENDED NOTICE OF APPEARANCE[1]

Howard Brodsky, Esq., hereby files this, his Amended Notice of Appearance on behalf of the Defendants', VICTORY CONTRACTORS, INC., and MANUEL ALAMEDA and requests that all future pleadings and correspondence be forwarded to said counsel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**HOWARD BRODSKY, ESQ.**
4551 Ponce de Leon Blvd.
Coral Gables, Florida 33146
305-858-9020 Tel
305-858-6097 Fax
howardbrodskyesq@aol.com

/s/ *HOWARD BRODSKY*
HOWARD BRODSKY, ESQ.
F.B.N 817252

---

[1] This Amended Notice of Appearance relates to ECF NO. 10 and simply changes the email address of Howard Brodsky, ESQ. to howardbrodskyesq@aol.com from geraldtobinpa@aol.com.

**SERVICE LIST**

Nathaly Saavedra, Esq.
**PEREGONZA LAW GROUP, PLLC**
1414 NW 107th Ave, Suite 302
Doral, FL 33172
Tel.     (786) 650-0202
Fax.    (786) 650-0200
Email: office@peregonza.com
Email: nathaly@peregonza.com

*Counsel for Plaintiff*

Gadiel A. Espinoza, Esq.
**PEREGONZA LAW GROUP, PLLC**
1414 NW 107th Ave., Suite 302
Doral, Florida 33172
Telephone: (786) 650-0202
Facsimile: (786) 650-0200
Email: office@peregonza.com
Email: gadiel@peregonza.com

*Counsel for Plaintiff*