UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-25008-CIV-MARTINEZ/OTAZO-REYES

ALBERTO MOJICA,

    Plaintiff,

v.

VICTORY CONTRACTORS, INC., *et al.*

    Defendants.
_____/

## **FINAL JUDGMENT**

THIS CAUSE came before the Court upon the Court's Order Granting Motion for Summary Judgment, (ECF No. 71). Pursuant to Federal Rules of Civil Procedure 56 and 58, it is hereby:

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants VICTORY CONTRACTORS, INC. and MANUEL ALAMEDA, and against Plaintiff ALBERTO MOJICA. Plaintiff shall take nothing from Defendants, and the action is **DISMISSED** on the merits.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of May, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record